**Christoffer P. DUMLAO, Petitioner,**

v.

**John ASHCROFT,\* Attorney General
of the United States of America,
Respondent.**

No. 00–70264.
INS No. A29–272–228.

United States Court of Appeals,
Ninth Circuit.

Submitted June 12, 2001 \*\*.

Decided June 15, 2001.

Before WARDLAW, PAEZ, and
RICHARD C. TALLMAN, Circuit Judges.

MEMORANDUM \*\*\*

Christoffer Dumlao petitions for review of a decision by the Board of Immigration Appeals that he is ineligible for cancellation of removal under 8 U.S.C. § 1229b(b)(1) because he has not demonstrated that his removal would cause "exceptional and extremely unusual hardship" to a qualifying relative under § 1229b(b)(1)(D).

We lack jurisdiction to review Dumlao's petition. *See* 8 U.S.C. § 1252(a)(2)(B)(i); *Montero–Martinez v. Ashcroft,* 249 F.3d

1156 (9th Cir.2001), *amended by* 2001 WL 579781 (9th Cir. May 30, 2001).

DISMISSED.

---

\* John Ashcroft is substituted for his predecessor, Janet Reno, as Attorney General of the United States.

\*\* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. 34(a)(2).

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

